UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>RICHARD AGAJANIAN;<br>CAROL AGAJANIAN;<br>MAX ENRIQUEZ; and Does 1-10,<br><br>　　　　Defendants. | Case: 2:17-CV-06801-PSG-GJS<br><br>**ORDER** |

**<u>ORDER</u>**

The entire case is hereby ordered dismissed without prejudice.

Dated: 10/25/17

**PHILIP S. GUTIERREZ**
HONORABLE PHILIP S GUTIERREZ
UNITED STATES DISTRICT COURT JUDGE

1